# Notice Recipients

District/Off: 1126−1     User: admin     Date Created: 9/30/2020
Case: 20−41272−JJR7     Form ID: pdfall     Total: 32

**Recipients of Notice of Electronic Filing:**
tr          Rocco J Leo          rleo@leoandoneal.com
aty         Vincent Lee Adams    vince@adamslawllc.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Pamela Latrice Mitchell     258 Hardin Road     Ragland, AL 35131
cr          Christopher Mitchell        258 Hardin Road     Ragland, AL 35131
smg         Robert Landry    BA Anniston    1129 Noble Street    Room 117    Anniston, AL 36201
10529651    AT&T c/o Bankruptcy         4331 Communications Drive    Floor 4W    Dallas, TX 75211
10529650    AmSher Collection Services, Inc    4524 Southlake Parkway    Suite 15    Birmingham, AL 35244−3271
10529649    America's Car Mart          1200 S Quintard Avenue     Anniston, AL 36201
10529629    American Family Care        3700 Cahaba Beach Road     Birmingham, AL 35242
10529630    Andrews Sports Medicine & Orthopedic    805 St. Vincent's Drive    Suite 100    Birmingham, AL 35205
10529631    Birmingham Podiatry PC      805 St Vincents Drive    Suite 420    Birmingham, AL 35205
10529627    Colonial Auto Finance       1805 N 2ND Street    Suite 401    Rogers, AR 72756−2423
10529628    Credit Acceptance Corporation    P.O. Box 11366    Birmingham, AL 35202
10529632    Dept of Education/Navient   P.O. Box 9655    Wilkes Barre, PA 18773−9635
10529633    Enhanced Recovery           8014 Bayberry Road    Jacksonville, FL 32256−7412
10529634    First Premier Bank          P.O.BOX 5529    Sioux Falls, SD 57117−5529
10529635    Global Lending Services     1200 Brookfield Blvd    Suite 300    Greenville, SC 29607
10529636    Insulet Corporation / Maker    155 N 400 West    Suite 300    Salt Lake City, UT 84103−1132
10529637    MED−SOUTH, INC &AFFILIATES    2660 10TH AVENUE POB#1    Suite 104    BIRMINGHAM, AL 35205
10529638    Pell City Internal & Family Medicine    41 Emience Way    Pell City, AL 35128
10529639    R1 Medical Financial Solutions    P.O. BOX 935345    Altanta, GA 31193
10529640    Security Finance            P.O. Box 3146    Spartanburg, SC 29304
10529641    Southview Medical Group     833 St. Vincent's Drive    POB 111    Birmingham, AL 35205
10529642    St. Vincent's Home Medical Services    2700 10th Avenue South    Suite 200    Birmingham, AL 35205
10529643    St. Vincent's Hospital      810 St. Vincent's Drive    Birmingham, AL 35205
10529644    St. Vincent's St. Clair Primary Care    7063 Veterans Parkway    Pell City, AL 35125
10529645    Stevens Business Service    175 Cabot Street, Suite 415    P.O.Box 1233    Lowell, MA 01853−1233
10529646    Sunrise Credit Services, Inc    260 Airport Plaza    Farmingdale, NY 11735
10529652    University of Alabama Health Services    500 22nd Street South    Suite 500    Birmingham, AL 35233
10529647    University of Alabama Hospital    P.O. Box 2252    Birmingham, AL 35246−0036
10529648    Verizon Wireless/Southeast    P.O. Box 26055    Minneapolis, MN 55426
10529653    Zarzaur & Schwartz, PC      P.O. Box 11366    Birmingham, AL 35202

TOTAL: 30